NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAYJUANE LEONARD HARDY,    )
                          )
            Appellant,    )
                          )
v.                        )        Case No.  2D18-854
                          )
STATE OF FLORIDA,         )
                          )
            Appellee.     )
_____)

Opinion filed September 20, 2019.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, and
Margaret O. Steinbeck, Judges.

Howard L. Dimmig, II, Public Defender,
and Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.



CASANUEVA, MORRIS, and ATKINSON, JJ., Concur.